Tristar  
Sean Letterlough     XXX-XX-0113     EMPL-278588     10     W/E Dt: 8/9/2015     8071199  
**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 32.97 | | | Gross | 12,751.50 |
| Overtime | 8.00 | 132.00 | F.I.C.A | 35.46 | | | Fed W/H | 756.49 |
| | | | Medicare | 8.29 | | | FICA | 790.58 |
| | | | PA St W/H | 17.56 | | | Medicare | 184.90 |
| | | | PA SUI | 0.40 | | | PA St W/H | 391.48 |
| | | | LST - LWH | 1.00 | | | PA SUI | 8.95 |
| | | | SUSQ220901 - LWH | 5.72 | | | LST - LWH | 8.00 |
| 08/03/15 | 08/09/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 127.53 |
| 08/03/15 | 08/09/15 | Dairy Farmers Of | | 8.00 | 16.50 | 132.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 12,751.50 |

Gross Pay:     572.00     Deductions:     101.40     YTD Hours:     1,087.50  
    Net Pay:     470.60

---

Tristar  
1566 Medical Drive  
Suite 102  
Pottstown, PA 19464

**VOUCHER**

**VOUCHER NO.**     8071199

**DATE**     08/14/15     **AMOUNT**

****VOID****  
**** Direct Deposit ****  
*********.00

NAME OF EMPLOYEE     Sean Letterlough  
3200 Jonagold  
Harrisburg, PA 17110

**NOT NEGOTIABLE**

---

Tristar  
Sean Letterlough     XXX-XX-0113     EMPL-278588     10     W/E Dt: 8/9/2015     8071199  
**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 32.97 | | | Gross | 12,751.50 |
| Overtime | 8.00 | 132.00 | F.I.C.A | 35.46 | | | Fed W/H | 756.49 |
| | | | Medicare | 8.29 | | | FICA | 790.58 |
| | | | PA St W/H | 17.56 | | | Medicare | 184.90 |
| | | | PA SUI | 0.40 | | | PA St W/H | 391.48 |
| | | | LST - LWH | 1.00 | | | PA SUI | 8.95 |
| | | | SUSQ220901 - LWH | 5.72 | | | LST - LWH | 8.00 |
| 08/03/15 | 08/09/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 127.53 |
| 08/03/15 | 08/09/15 | Dairy Farmers Of | | 8.00 | 16.50 | 132.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 12,751.50 |

Gross Pay:     572.00     Deductions:     101.40     YTD Hours:     1,087.50  
    Net Pay:     470.60

Tristar
Sean Letterlough    XXX-XX-0113    EMPL-278588    10    W/E Dt: 8/16/2015    8074957

**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 32.97 | | | | Gross | 13,323.50 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 35.46 | | | | Fed W/H | 789.46 |
| Overtime | 8.00 | 132.00 | Medicare | 8.29 | | | | FICA | 826.04 |
| | | | PA St W/H | 17.56 | | | | Medicare | 193.19 |
| | | | PA SUI | 0.40 | | | | PA St W/H | 409.04 |
| | | | LST - LWH | 1.00 | | | | PA SUI | 9.35 |
| | | | SUSQ220901 - LWH | 5.72 | | | | LST - LWH | 9.00 |
| 08/10/15 | 08/16/15 | Dairy Farmers Of | | 40.00 | | 11.00 | 440.00 | SUSQ220901 - LWH | 133.25 |
| 08/10/15 | 08/16/15 | Dairy Farmers Of | | 8.00 | | 16.50 | 132.00 | Nontaxable | 0.00 |
| | | | | | | | | Taxable | 13,323.50 |

Gross Pay:    572.00    Deductions:    101.40    YTD Hours:    1,135.50
   Net Pay:    470.60

---

Tristar
1566 Medical Drive
Suite 102
Pottstown, PA 19464

# VOUCHER

VOUCHER NO.    8074957

DATE    08/21/15    **AMOUNT**

NAME OF EMPLOYEE

****VOID****
**** Direct Deposit ****
Sean Letterlough
3200 Jonagold
Harrisburg, PA 17110

*********.00

**NOT NEGOTIABLE**

---

Tristar
Sean Letterlough    XXX-XX-0113    EMPL-278588    10    W/E Dt: 8/16/2015    8074957

**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 32.97 | | | | Gross | 13,323.50 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 35.46 | | | | Fed W/H | 789.46 |
| Overtime | 8.00 | 132.00 | Medicare | 8.29 | | | | FICA | 826.04 |
| | | | PA St W/H | 17.56 | | | | Medicare | 193.19 |
| | | | PA SUI | 0.40 | | | | PA St W/H | 409.04 |
| | | | LST - LWH | 1.00 | | | | PA SUI | 9.35 |
| | | | SUSQ220901 - LWH | 5.72 | | | | LST - LWH | 9.00 |
| 08/10/15 | 08/16/15 | Dairy Farmers Of | | 40.00 | | 11.00 | 440.00 | SUSQ220901 - LWH | 133.25 |
| 08/10/15 | 08/16/15 | Dairy Farmers Of | | 8.00 | | 16.50 | 132.00 | Nontaxable | 0.00 |
| | | | | | | | | Taxable | 13,323.50 |

Gross Pay:    572.00    Deductions:    101.40    YTD Hours:    1,135.50
   Net Pay:    470.60

| Tristar | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | | 10 | W/E Dt: 8/23/2015 | | 8077051 |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | | -----YTD----- |
| | Hours | Amount | Fed'l W/H | 19.77 | | | Gross | 13,763.50 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 27.28 | | | Fed W/H | 809.23 |
| | | | Medicare | 6.38 | | | FICA | 853.32 |
| | | | PA St W/H | 13.51 | | | Medicare | 199.57 |
| | | | PA SUI | 0.31 | | | PA St W/H | 422.55 |
| | | | LST - LWH | 1.00 | | | PA SUI | 9.66 |
| | | | SUSQ220901 - LWH | 4.40 | | | LST - LWH | 10.00 |
| 08/17/15 | 08/23/15 | | Dairy Farmers Of | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 137.65 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 13,763.50 |
| Gross Pay: | | 440.00 | Deductions: | | 72.65 | | YTD Hours: | 1,175.50 |
| | | | | | | | Net Pay: | 367.35 |

---

Tristar  
1566 Medical Drive  
Suite 102  
Pottstown, PA 19464

**VOUCHER**

**VOUCHER NO.** 8077051

**DATE** 08/28/15     **AMOUNT**

NAME OF EMPLOYEE

****VOID****  
**** Direct Deposit ****  
Sean Letterlough  
3200 Jonagold  
Harrisburg, PA 17110

*********.00

**NOT NEGOTIABLE**

---

| Tristar | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | | 10 | W/E Dt: 8/23/2015 | | 8077051 |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | | -----YTD----- |
| | Hours | Amount | Fed'l W/H | 19.77 | | | Gross | 13,763.50 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 27.28 | | | Fed W/H | 809.23 |
| | | | Medicare | 6.38 | | | FICA | 853.32 |
| | | | PA St W/H | 13.51 | | | Medicare | 199.57 |
| | | | PA SUI | 0.31 | | | PA St W/H | 422.55 |
| | | | LST - LWH | 1.00 | | | PA SUI | 9.66 |
| | | | SUSQ220901 - LWH | 4.40 | | | LST - LWH | 10.00 |
| 08/17/15 | 08/23/15 | | Dairy Farmers Of | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 137.65 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 13,763.50 |
| Gross Pay: | | 440.00 | Deductions: | | 72.65 | | YTD Hours: | 1,175.50 |
| | | | | | | | Net Pay: | 367.35 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tristar | | | | | | | | | |
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | 10 | | W/E Dt: 8/30/2015 | | 8079189 | |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | | | |
| | Hours | Amount | Fed'l W/H | 32.56 | | | Gross | | 14,331.38 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 35.21 | | | Fed W/H | | 841.79 |
| Overtime | 7.75 | 127.88 | Medicare | 8.23 | | | FICA | | 888.53 |
| | | | PA St W/H | 17.43 | | | Medicare | | 207.80 |
| | | | PA SUI | 0.40 | | | PA St W/H | | 439.98 |
| | | | LST - LWH | 1.00 | | | PA SUI | | 10.06 |
| | | | SUSQ220901 - LWH | 5.68 | | | LST - LWH | | 11.00 |
| 08/24/15 | 08/30/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | | 143.33 |
| 08/24/15 | 08/30/15 | Dairy Farmers Of | | 7.75 | 16.50 | 127.88 | Nontaxable | | 0.00 |
| | | | | | | | Taxable | | 14,331.38 |

Gross Pay: 567.88    Deductions: 100.51    YTD Hours: 1,223.25    Net Pay: 467.37

---

**Tristar**
1566 Medical Drive
Suite 102
Pottstown, PA 19464

**VOUCHER**

**VOUCHER NO.** 8079189

**DATE** 09/04/15    **AMOUNT**

****VOID****
**** Direct Deposit ****

NAME OF EMPLOYEE

Sean Letterlough
3200 Jonagold
Harrisburg, PA 17110

*********.00

**NOT NEGOTIABLE**

---

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tristar | | | | | | | | | |
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | 10 | | W/E Dt: 8/30/2015 | | 8079189 | |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | | | |
| | Hours | Amount | Fed'l W/H | 32.56 | | | Gross | | 14,331.38 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 35.21 | | | Fed W/H | | 841.79 |
| Overtime | 7.75 | 127.88 | Medicare | 8.23 | | | FICA | | 888.53 |
| | | | PA St W/H | 17.43 | | | Medicare | | 207.80 |
| | | | PA SUI | 0.40 | | | PA St W/H | | 439.98 |
| | | | LST - LWH | 1.00 | | | PA SUI | | 10.06 |
| | | | SUSQ220901 - LWH | 5.68 | | | LST - LWH | | 11.00 |
| 08/24/15 | 08/30/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | | 143.33 |
| 08/24/15 | 08/30/15 | Dairy Farmers Of | | 7.75 | 16.50 | 127.88 | Nontaxable | | 0.00 |
| | | | | | | | Taxable | | 14,331.38 |

Gross Pay: 567.88    Deductions: 100.51    YTD Hours: 1,223.25    Net Pay: 467.37

Tristar
Sean Letterlough     XXX-XX-0113    EMPL-278588    10    W/E Dt: 9/6/2015    8081478

**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 15.37 | | | Gross | 14,727.38 |
| Regular Pay | 36.00 | 396.00 | F.I.C.A | 24.55 | | | Fed W/H | 857.16 |
| | | | Medicare | 5.74 | | | FICA | 913.08 |
| | | | PA St W/H | 12.16 | | | Medicare | 213.54 |
| | | | PA SUI | 0.28 | | | PA St W/H | 452.14 |
| | | | LST - LWH | 1.00 | | | PA SUI | 10.34 |
| | | | SUSQ220901 - LWH | 3.96 | | | LST - LWH | 12.00 |
| 08/31/15 | 09/06/15 | Dairy Farmers Of | | 36.00 | 11.00 | 396.00 | SUSQ220901 - LWH | 147.29 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 14,727.38 |

Gross Pay:    396.00     Deductions:    63.06     YTD Hours: 1,259.25
                                                                                                                       Net Pay: 332.94

---

Tristar
1566 Medical Drive
Suite 102
Pottstown, PA 19464

# VOUCHER

**VOUCHER NO.**    8081478

**DATE**    09/11/15     **AMOUNT**

NAME OF EMPLOYEE

****VOID****
**** Direct Deposit ****
Sean Letterlough
3200 Jonagold
Harrisburg, PA 17110

*********.00

**NOT NEGOTIABLE**

---

Tristar
Sean Letterlough     XXX-XX-0113    EMPL-278588    10    W/E Dt: 9/6/2015    8081478

**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Fed'l W/H | 15.37 | | | Gross | 14,727.38 |
| Regular Pay | 36.00 | 396.00 | F.I.C.A | 24.55 | | | Fed W/H | 857.16 |
| | | | Medicare | 5.74 | | | FICA | 913.08 |
| | | | PA St W/H | 12.16 | | | Medicare | 213.54 |
| | | | PA SUI | 0.28 | | | PA St W/H | 452.14 |
| | | | LST - LWH | 1.00 | | | PA SUI | 10.34 |
| | | | SUSQ220901 - LWH | 3.96 | | | LST - LWH | 12.00 |
| 08/31/15 | 09/06/15 | Dairy Farmers Of | | 36.00 | 11.00 | 396.00 | SUSQ220901 - LWH | 147.29 |
| | | | | | | | Nontaxable | 0.00 |
| | | | | | | | Taxable | 14,727.38 |

Gross Pay:    396.00     Deductions:    63.06     YTD Hours: 1,259.25
                                                             Net Pay: 332.94

Tristar
Sean Letterlough          XXX-XX-0113   EMPL-278588        10            W/E Dt: 9/13/2015            8083780
**Thank you for your dedicated service - we appreciate it!**
                                                                                                      -----YTD-----
| | Hours | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 19.77 | | | Gross | | 15,167.38 |
| | | | F.I.C.A | 27.28 | | | Fed W/H | | 876.93 |
| | | | Medicare | 6.38 | | | FICA | | 940.36 |
| | | | PA St W/H | 13.51 | | | Medicare | | 219.92 |
| | | | PA SUI | 0.31 | | | PA St W/H | | 465.65 |
| | | | LST - LWH | 1.00 | | | PA SUI | | 10.65 |
| | | | SUSQ220901 - LWH | 4.40 | | | LST - LWH | | 13.00 |
| 09/07/15 | 09/13/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | | 151.69 |
| | | | | | | | Nontaxable | | 0.00 |
| | | | | | | | Taxable | | 15,167.38 |

Gross Pay:         440.00         Deductions:         72.65         YTD Hours:       1,299.25
                                                                    Net Pay:           367.35

---

Tristar
1566 Medical Drive
Suite 102
Pottstown, PA 19464

**VOUCHER**

                                                                    VOUCHER NO.     8083780

                                                  DATE    09/18/15            **AMOUNT**

                      ****VOID****
                      **** Direct Deposit ****                              *********.00
NAME OF
EMPLOYEE              Sean Letterlough
                      3200 Jonagold
                      Harrisburg, PA 17110

                                                                    **NOT NEGOTIABLE**

---

Tristar
Sean Letterlough          XXX-XX-0113   EMPL-278588        10            W/E Dt: 9/13/2015            8083780
**Thank you for your dedicated service - we appreciate it!**
                                                                                                      -----YTD-----
| | Hours | Amount | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 19.77 | | | Gross | | 15,167.38 |
| | | | F.I.C.A | 27.28 | | | Fed W/H | | 876.93 |
| | | | Medicare | 6.38 | | | FICA | | 940.36 |
| | | | PA St W/H | 13.51 | | | Medicare | | 219.92 |
| | | | PA SUI | 0.31 | | | PA St W/H | | 465.65 |
| | | | LST - LWH | 1.00 | | | PA SUI | | 10.65 |
| | | | SUSQ220901 - LWH | 4.40 | | | LST - LWH | | 13.00 |
| 09/07/15 | 09/13/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | | 151.69 |
| | | | | | | | Nontaxable | | 0.00 |
| | | | | | | | Taxable | | 15,167.38 |

Gross Pay:         440.00         Deductions:         72.65         YTD Hours:       1,299.25
                                                                    Net Pay:           367.35

| Tristar | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | | 10 | W/E Dt: 9/20/2015 | | 8086276 |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | -----YTD----- | |
| | Hours | Amount | Fed'l W/H | 50.28 | | | Gross | 15,863.13 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 43.14 | | | Fed W/H | 927.21 |
| Overtime | 15.50 | 255.75 | Medicare | 10.09 | | | FICA | 983.50 |
| | | | PA St W/H | 21.36 | | | Medicare | 230.01 |
| | | | PA SUI | 0.49 | | | PA St W/H | 487.01 |
| | | | LST - LWH | 1.00 | | | PA SUI | 11.14 |
| | | | SUSQ220901 - LWH | 6.96 | | | LST - LWH | 14.00 |
| 09/14/15 | 09/20/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 158.65 |
| 09/14/15 | 09/20/15 | Dairy Farmers Of | | 15.50 | 16.50 | 255.75 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 15,863.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay: | 695.75 | Deductions: | 133.32 | | YTD Hours: | 1,354.75 |
| | | | | | Net Pay: | 562.43 |

Tristar
1566 Medical Drive
Suite 102
Pottstown, PA 19464

**VOUCHER**

**VOUCHER NO.** 8086276

**DATE** 09/25/15   **AMOUNT**

NAME OF EMPLOYEE

****VOID****
**** Direct Deposit ****
Sean Letterlough
3200 Jonagold
Harrisburg, PA 17110

*********.00

**NOT NEGOTIABLE**

| Tristar | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sean Letterlough | | XXX-XX-0113 | EMPL-278588 | | 10 | W/E Dt: 9/20/2015 | | 8086276 |
| **Thank you for your dedicated service - we appreciate it!** | | | | | | | -----YTD----- | |
| | Hours | Amount | Fed'l W/H | 50.28 | | | Gross | 15,863.13 |
| Regular Pay | 40.00 | 440.00 | F.I.C.A | 43.14 | | | Fed W/H | 927.21 |
| Overtime | 15.50 | 255.75 | Medicare | 10.09 | | | FICA | 983.50 |
| | | | PA St W/H | 21.36 | | | Medicare | 230.01 |
| | | | PA SUI | 0.49 | | | PA St W/H | 487.01 |
| | | | LST - LWH | 1.00 | | | PA SUI | 11.14 |
| | | | SUSQ220901 - LWH | 6.96 | | | LST - LWH | 14.00 |
| 09/14/15 | 09/20/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 158.65 |
| 09/14/15 | 09/20/15 | Dairy Farmers Of | | 15.50 | 16.50 | 255.75 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 15,863.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Pay: | 695.75 | Deductions: | 133.32 | | YTD Hours: | 1,354.75 |
| | | | | | Net Pay: | 562.43 |

Tristar
Sean Letterlough    XXX-XX-0113   EMPL-278588    10    W/E Dt: 9/27/2015    8088857
**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 51.51 | | | Gross | 16,567.13 |
| Overtime | 16.00 | 264.00 | F.I.C.A | 43.65 | | | Fed W/H | 978.72 |
| | | | Medicare | 10.21 | | | FICA | 1,027.15 |
| | | | PA St W/H | 21.61 | | | Medicare | 240.22 |
| | | | PA SUI | 0.49 | | | PA St W/H | 508.62 |
| | | | LST - LWH | 1.00 | | | PA SUI | 11.63 |
| | | | SUSQ220901 - LWH | 7.04 | | | LST - LWH | 15.00 |
| 09/21/15 | 09/27/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 165.69 |
| 09/21/15 | 09/27/15 | Dairy Farmers Of | | 16.00 | 16.50 | 264.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 16,567.13 |

Gross Pay:    704.00    Deductions:    135.51    YTD Hours:    1,410.75
                                                 Net Pay:    568.49

---

**VOUCHER**

Tristar
1566 Medical Drive
Suite 102
Pottstown, PA 19464

VOUCHER NO.    8088857

DATE    10/02/15    AMOUNT

****VOID****
**** Direct Deposit ****

NAME OF
EMPLOYEE        Sean Letterlough                    *********.00
                3200 Jonagold
                Harrisburg, PA 17110

**NOT NEGOTIABLE**

---

Tristar
Sean Letterlough    XXX-XX-0113   EMPL-278588    10    W/E Dt: 9/27/2015    8088857
**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 40.00 | 440.00 | Fed'l W/H | 51.51 | | | Gross | 16,567.13 |
| Overtime | 16.00 | 264.00 | F.I.C.A | 43.65 | | | Fed W/H | 978.72 |
| | | | Medicare | 10.21 | | | FICA | 1,027.15 |
| | | | PA St W/H | 21.61 | | | Medicare | 240.22 |
| | | | PA SUI | 0.49 | | | PA St W/H | 508.62 |
| | | | LST - LWH | 1.00 | | | PA SUI | 11.63 |
| | | | SUSQ220901 - LWH | 7.04 | | | LST - LWH | 15.00 |
| 09/21/15 | 09/27/15 | Dairy Farmers Of | | 40.00 | 11.00 | 440.00 | SUSQ220901 - LWH | 165.69 |
| 09/21/15 | 09/27/15 | Dairy Farmers Of | | 16.00 | 16.50 | 264.00 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 16,567.13 |

Gross Pay:    704.00    Deductions:    135.51    YTD Hours:    1,410.75
                                                 Net Pay:    568.49