## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SEAN LETTERLOUGH
RAE LA'MISE TALLEY
AKA: RAE LAMISE TALLEY

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO:   1-15-04422-RNO

SEAN LETTERLOUGH
RAE LA'MISE TALLEY
AKA: RAE LAMISE TALLEY

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on October 25, 2016, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 25, 2016, the Debtor(s) is/are $1120.00 in arrears with a plan payment having last been made on Jul 06, 2016.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: October 25, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN LETTERLOUGH
RAE LA'MISE TALLEY
AKA: RAE LAMISE
TALLEY

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-15-04422-RNO

SEAN LETTERLOUGH
RAE LA'MISE TALLEY
AKA: RAE LAMISE TALLEY

Respondent(s)

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 25, 2016.

DOROTHY L MOTT LAW OFFICE, LLC
D/B/A MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

SEAN LETTERLOUGH
RAE LA'MISE TALLEY
3200 JONAGOLD DRIVE
HARRISBURG, PA 17110

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 25, 2016